February 2006 2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>**Orozco, John Jr.**<br>Debtor(s). | CHAPTER: **7**<br><br>CASE NO.: **2:10-bk-65068** |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Orozco, John Jr.** , the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Orozco, Maryann** , the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 28, 2010** Signature ***/s/ John Orozco, Jr.***
*Debtor*

Date: ____________ Signature ____________
*Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:53 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Check Date: 11-24-2010 For Pay Period Ending: 11-13-2010 Net Pay: $1,462.80

### Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| REGULAR | PROGRAMMER/ANALYST II | 11-13-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,000.00 |

### Pre-Tax Reductions

| | | | |
|---|---|---|---|
| Health Net HMO | $194.50 - | | |
| PARK REG PRT | $31.50 - | | |
| UCRP | $21.00 - | | |
| | | Reductions Total | $247.00 - |

### Taxes

| | | | |
|---|---|---|---|
| MEDICARE | $25.72 - | | |
| OASDI | $109.99 - | | |
| FEDERAL TAX | $99.78 - | | |
| CA STATE TAX | $22.10 - | | |
| | | Taxes Total | $257.59 - |

### Insurance & Other

| | | | |
|---|---|---|---|
| Supplemental Life | $2.86 - | | |
| DEP LIFE INS | $0.18 - | | |
| Supplemental Disability | $9.57 - | | |
| BRUIN CARD | $20.00 - | | |
| | | Insurance & Other Total | $32.61 - |
| | | **Net Pay** | **$1,462.80** |

### Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,000.00 |
| Pre-Tax Reductions | $247.00 - |
| Federal Taxable Earnings | $1,753.00 |
| California State Taxable Earnings | $1,753.00 |

Disclaimer Notice:

The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

## Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

## Health and Welfare Benefits

| | | UC Contribution | Employee Cost |
|---|---|---|---|
| Health Net HMO | Family Coverage | 1,219.05 | 194.50 |
| DDENTAL CON | Family Coverage | 141.68 | 0.00 |
| VISION PLAN | Family Coverage | 13.45 | 0.00 |
| Supplemental Life | | 0.00 | 2.86 |
| DEP LIFE INS | | 0.00 | 0.18 |
| Supplemental Disability | | 0.00 | 9.57 |
| Total | | $1,374.18 | $207.11 |

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*

## Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:53 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Check Date: 11-10-2010 For Pay Period Ending: 10-30-2010 Net Pay: $1,671.65

### Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| OVTM-STR | PROGRAMMER/ANALYST II | 10-30-2010 | 1.00 hours | 25.00 | $25.00 |
| OVTM-1 1/2 | PROGRAMMER/ANALYST II | 10-30-2010 | 1.00 hours | 25.00 | $12.50 |
| REGULAR | PROGRAMMER/ANALYST II | 10-30-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,037.50 |

### Pre-Tax Reductions

| | | |
|---|---|---|
| UCRP | $40.00 - | |
| | Reductions Total | $40.00 - |

### Taxes

| | | |
|---|---|---|
| MEDICARE | $29.54 - | |
| OASDI | $126.33 - | |
| FEDERAL TAX | $136.45 - | |
| CA STATE TAX | $33.53 - | |
| | Taxes Total | $325.85 - |
| | **Net Pay** | **$1,671.65** |

### Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,037.50 |
| Pre-Tax Reductions | $40.00 - |
| Federal Taxable Earnings | $1,997.50 |
| California State Taxable Earnings | $1,997.50 |

Disclaimer Notice:
The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

### Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

### Health and Welfare Benefits

| | UC Contribution | Employee Cost |
|---|---|---|

There were no benefit contributions or deductions for this pay period.

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*

## Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:54 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Check Date: 10-27-2010 For Pay Period Ending: 10-16-2010 Net Pay: $2,073.05

### Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| OVTM-STR | PROGRAMMER/ANALYST II | 10-16-2010 | 18.00 hours | 25.00 | $450.00 |
| OVTM-1 1/2 | PROGRAMMER/ANALYST II | 10-16-2010 | 18.00 hours | 25.00 | $225.00 |
| REGULAR | PROGRAMMER/ANALYST II | 10-16-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,675.00 |

### Pre-Tax Reductions

| | | |
|---|---|---|
| PARK REG PRT | $31.50 - | |
| UCRP | $40.00 - | |
| | Reductions Total | $71.50 - |

### Taxes

| | | |
|---|---|---|
| MEDICARE | $38.33 - | |
| OASDI | $163.89 - | |
| FEDERAL TAX | $227.35 - | |
| CA STATE TAX | $68.27 - | |
| | Taxes Total | $497.84 - |

### Insurance & Other

| | | |
|---|---|---|
| Supplemental Life | $2.86 - | |
| DEP LIFE INS | $0.18 - | |
| Supplemental Disability | $9.57 - | |
| BRUIN CARD | $20.00 - | |
| | Insurance & Other Total | $32.61 - |
| | **Net Pay** | **$2,073.05** |

### Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,675.00 |
| Pre-Tax Reductions | $71.50 - |
| Federal Taxable Earnings | $2,603.50 |
| California State Taxable Earnings | $2,603.50 |

Disclaimer Notice:
The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

## Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

## Health and Welfare Benefits

| | UC Contribution | Employee Cost |
|---|---|---|

There were no benefit contributions or deductions for this pay period.

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*

## Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:55 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Check Date: 10-13-2010 For Pay Period Ending: 10-02-2010 Net Pay: $1,462.79

### Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| REGULAR | PROGRAMMER/ANALYST II | 10-02-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,000.00 |

### Pre-Tax Reductions

| | | |
|---|---|---|
| Health Net HMO | $194.50 - | |
| PARK REG PRT | $31.50 - | |
| UCRP | $21.00 - | |
| Reductions Total | | $247.00 - |

### Taxes

| | | |
|---|---|---|
| MEDICARE | $25.73 - | |
| OASDI | $109.99 - | |
| FEDERAL TAX | $99.78 - | |
| CA STATE TAX | $22.10 - | |
| Taxes Total | | $257.60 - |

### Insurance & Other

| | | |
|---|---|---|
| Supplemental Life | $2.86 - | |
| DEP LIFE INS | $0.18 - | |
| Supplemental Disability | $9.57 - | |
| BRUIN CARD | $20.00 - | |
| Insurance & Other Total | | $32.61 - |
| **Net Pay** | | **$1,462.79** |

### Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,000.00 |
| Pre-Tax Reductions | $247.00 - |
| Federal Taxable Earnings | $1,753.00 |
| California State Taxable Earnings | $1,753.00 |

Disclaimer Notice:

The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

## Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

## Health and Welfare Benefits

| | | UC Contribution | Employee Cost |
|---|---|---|---|
| Health Net HMO | Family Coverage | 1,219.05 | 194.50 |
| DDENTAL CON | Family Coverage | 141.68 | 0.00 |
| VISION PLAN | Family Coverage | 13.45 | 0.00 |
| Supplemental Life | | 0.00 | 2.86 |
| DEP LIFE INS | | 0.00 | 0.18 |
| Supplemental Disability | | 0.00 | 9.57 |
| Total | | $1,374.18 | $207.11 |

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*

# Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:55 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Direct Deposit Date: 09-29-2010 For Pay Period Ending: 09-18-2010 Net Pay: $1,588.90

## Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| REGULAR | PROGRAMMER/ANALYST II | 09-18-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,000.00 |

## Pre-Tax Reductions

| | | |
|---|---|---|
| PARK REG PRT | $31.50 - | |
| UCRP | $40.00 - | |
| | Reductions Total | $71.50 - |

## Taxes

| | | |
|---|---|---|
| MEDICARE | $28.54 - | |
| OASDI | $122.05 - | |
| FEDERAL TAX | $126.10 - | |
| CA STATE TAX | $30.30 - | |
| | Taxes Total | $306.99 - |

## Insurance & Other

| | | |
|---|---|---|
| Supplemental Life | $2.86 - | |
| DEP LIFE INS | $0.18 - | |
| Supplemental Disability | $9.57 - | |
| BRUIN CARD | $20.00 - | |
| | Insurance & Other Total | $32.61 - |
| | **Net Pay** | **$1,588.90** |

## Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,000.00 |
| Pre-Tax Reductions | $71.50 - |
| Federal Taxable Earnings | $1,928.50 |
| California State Taxable Earnings | $1,928.50 |

Disclaimer Notice:
The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

## Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

## Health and Welfare Benefits

| | UC Contribution | Employee Cost |
|---|---|---|

There were no benefit contributions or deductions for this pay period.

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*

## Payment Summary

**John Orozco Jr.** Wednesday, December 22, 2010, 10:29 AM PST

Employee ID: 103636922 Location: UC Los Angeles

Check Date: 12-08-2010 For Pay Period Ending: 11-27-2010 Net Pay: $1,588.90

### Earnings Detail

| Pay Type | Title | Period Ending | Time | Pay Rate | Amount |
|---|---|---|---|---|---|
| REGULAR | PROGRAMMER/ANALYST II | 11-27-2010 | 80.00 hours | 25.00 | $2,000.00 |
| | | | | Earnings Total | $2,000.00 |

### Pre-Tax Reductions

| | | |
|---|---|---|
| PARK REG PRT | $31.50 - | |
| UCRP | $40.00 - | |
| Reductions Total | | $71.50 - |

### Taxes

| | | |
|---|---|---|
| MEDICARE | $28.55 - | |
| OASDI | $122.04 - | |
| FEDERAL TAX | $126.10 - | |
| CA STATE TAX | $30.30 - | |
| Taxes Total | | $306.99 - |

### Insurance & Other

| | | |
|---|---|---|
| Supplemental Life | $2.86 - | |
| DEP LIFE INS | $0.18 - | |
| Supplemental Disability | $9.57 - | |
| BRUIN CARD | $20.00 - | |
| Insurance & Other Total | | $32.61 - |
| **Net Pay** | | **$1,588.90** |

### Taxable Earnings Detail

| | |
|---|---|
| Gross Earnings | $2,000.00 |
| Pre-Tax Reductions | $71.50 - |
| Federal Taxable Earnings | $1,928.50 |
| California State Taxable Earnings | $1,928.50 |

Disclaimer Notice:
The net pay you receive may be different due to adjustments made by your payroll office or department to correct errors or to respond to mandatory court orders.

## Tax Withholding Allowances

| | | |
|---|---|---|
| Federal Withholding | Marital Status - Married | 003 - Allowances |
| CA State Withholding | Marital Status - Married | 003 - Allowances |
| CA Itemized Deductions | | 000 - Allowances |

This page shows tax withholding allowances for the pay period indicated only.

## Health and Welfare Benefits

| | UC Contribution | Employee Cost |
|---|---|---|

There were no benefit contributions or deductions for this pay period.

## Other UC Contributions

None

This page shows benefits information for the pay period indicated only.

*All Content Copyright © UC Regents*